

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

GERALD C. MANN

~~XXXXXXXXXX~~N
ATTORNEY GENERAL


Mrs. B.B. Sapp, Director and Executive Secretary
Teacher Retirement System of Texas
Austin, Texas

Dear Mrs. Sapp:

Opinion Number O-4908
Re:  Investment of moneys now in sus-
     pense account.

        We have received your letter of February 16, 1943, which
we quote in part as follows:

        "The Teacher Retirement System respectfully
requests an opinion from your Department on the
following questions:

        "This year due to the emergency so many
teachers are changing from school to school it
makes it very difficult to clear reports.  As
a result we have in Fund No. 63, known as a
suspense account, approximately $400,000.  This
money is idle and as a result the interest rate
for teachers on their investments will be mater-
ially affected; since within a few months these
reports will be cleared and this money properly
deposited, would we have the right to invest
approximately three fourths of this money held
in suspense account in order to receive interest
and thereby give the members of the Teacher Re-
tirement System full benefit of their investment?
Would it be within our rights to transfer from
Fund No. 63 (Suspense Fund) a lump sum to Fund
No. 103 and mark it Undistributed?

        "I am herewith outlining the method the
Teacher Retirement System will use in exhaust-
ing the amount transferred to Fund No. 103, Un-
distributed.  Each day reports will be completed
to the extent that all credits can be applied to
the individual accounts.  Such reports will be
listed daily by Register Numbers.  If the reports
include membership fees, such fees will be trans-
ferred direct from Fund No. 63 to Fund No. 108.
All credits to individual accounts will be applied
against the Fund No. 103 Undistributed Fund until

the Fund is completely exhausted. The Summary of Deposits to Funds submitted to the State Treasurer will not include the amount applied against Fund No. 103 Undistributed. This amount will be carried in a different column to be used in the office of the Teacher Retirement System only. The Teacher Retirement System will exhaust the complete 103 Undistributed Fund before August 31, 1943.

"We will appreciate your immediate attention in this instance because this amount of money idle, as I have aforesaid, will seriously affect our interest credit to the individual teachers' accounts."

Section 8 of the Teacher Retirement Act (Article 2922-1, Vernon's Annotated Civil Statutes) sets up seven different funds for teacher retirement moneys. You have informed us that Fund No. 103, mentioned in your letter is the Teacher Saving Fund. Subsection 1 of Section 8 provides in part as follows:

"1. The Teacher Saving Fund.

"(a) The Teacher Saving Fund shall be a fund in which shall be accumulated regular five (5) per centum contributions from the compensation of members, including current interest earnings. Contributions to and payments from the Teachers Saving Fund shall be made as follows:

"(b) * * * *"

Subsection (1), Section 7 of the Retirement Act reads as follows:

"Sec. 7. (1) The State Board of Trustees shall be the trustees of the several funds as herein created by this Act, and shall have full power to invest and reinvest such funds subject to the following limitations and restrictions: All retirement funds, as are received by the Treasury of the State of Texas from contributions of teachers and employers as herein provided, may be invested only in bonds of the United States, the State of Texas, or counties, or cities, or school districts have not defaulted in principal or interest on bonds within a period of ten (10) years, or in bonds issued by any agency of the United States Government, the payment of the principal and interest on which is guaranteed by the United States; and in in-

terest-bearing notes or bonds of the University
of Texas issued under and by virtue of Chapter
40, Acts of the Forty-third Legislature, Second
Called Session; provided that a sufficient amount
of said funds shall be kept on hand to meet the
immediate payment of the amounts that may become
due each year as provided in this Act. The State
Board of Trustees shall have full power by proper
resolution to hold, purchase, sell, assign, trans-
fer, and dispose of any of the securities and in-
vestments in which any of the funds created herein
shall have been invested, as well as the proceeds
of said investments and any moneys belonging to
said funds, provided that any money on hand shall
be subject to the State Depository Laws of Texas."

The suspense account is a fund set up by the State Board
of Trustees of the Retirement System for retirement moneys
received by the Retirement System which but for some error in
the reports of the school district or other employer or in the
amount of money sent would be placed in the Teacher Saving Fund
and the Expense Fund. In most instances the error is minor and
will in a short time be corrected. Also, in the great majority
of cases the error concerns only one or two teachers of the
employer whereas the reports and contributions fully and ad-
equately cover all the remaining teachers of such employer.
In other words, because of an error which affects only one or
two teachers of the employer, the report must necessarily be
held up until the error is corrected. The contributions of
all the teachers covered by the report of the employer in the
past have been placed in the suspense account until the error
is corrected. You now wish to know whether part of the moneys
presently in the suspense account may be transferred to the
Teacher Saving Fund in an undistributed lump sum, earmarked
as such, and then itemized and properly distributed as the
reports are cleared up. In other words, you wish to transfer
part of the suspense account, which part you feel offers very
little doubt and feel certain will promptly be cleared, and
then moneys will thereafter be cleared in the Teacher Saving
Fund instead of first being cleared in the suspense account
and then transferred to the Teacher Saving Fund. In this man-
ner, such moneys may promptly be invested and start earning
interest.

It seems to us that this is a matter properly lying
within the discretion of the State Board of Trustees. The con-
tributions of the members of the Retirement System under the
Act are to be placed in the Teacher Saving Fund (Subsection (1)
of Section 8). The Act is silent as to the means whereby errors
in reports and in contributions are to be corrected. Of course,

it is contemplated that such errors will be corrected, and we think that the means of such correction are for the State Board of Trustees to determine.

Subsection (7) of Section 6 provides as follows:

"(7)  Subject to the limitations of this Act, the State Board of Trustees shall, from time to time, establish rules and regulations for eligibility of membership and for the administration of the funds created by this Act and for the transaction of its business."

In answer to your question, it is our opinion that if the State Board of Trustees in its discretion determines that the transfer of moneys from the suspense account to the Teacher Saving Fund, as outlined, is reasonable and proper, we know of no legal inhibition to the same.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By s/George W. Sparks
George W. Sparks
Assistant

GWS/s/wc


APPROVED FEB 26, 1943
s/Grover Sellers
FIRST ASSISTANT
ATTORNEY GENERAL

Approved Opinion Committee By s/BWB Chairman